**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1230

ALECIA Y. FARLEY, a/k/a Aleciay Farley,

Plaintiff - Appellant,

v.

LENDMARK FINANCIAL SERVICES, LLC; NATHANIEL A. SCAGGS, Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:25-cv-00022-JAG)

Submitted:  May 22, 2025                          Decided:  May 28, 2025

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alecia Y. Farley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alecia Y. Farley appeals the district court's order denying her request for leave to file a civil complaint because she failed to comply with the requirements of a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Farley v. Lendmark Fin. Servs., LLC*, No. 3:25-cv-00022-JAG (E.D. Va. Jan. 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
